UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ECLIPSE SPORTSWIRE,

                              Plaintiff,

                              -v-

CONTENT IQ LLC, d/b/a BOREDOM
THERAPY.COM

                              Defendant.

21 Civ. 1712 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      An initial pretrial conference in this matter is presently scheduled for April 26, 2021 at 2:00 p.m. Dkt. 10. Due to a conflict with the Court's criminal calendar, that conference is rescheduled for **12:00 p.m. on the same day**. In light of the public-health situation, this conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: April 21, 2021
         New York, New York